**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 07-80799-CIV-RYSKAMP/WHITE

DEBORAH ROLLE,

        Petitioner,

v.

WALTER A. McNEIL,

        Respondent.

_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

THIS CAUSE comes before the Court upon petitioner's notice of appeal **[DE 17]** and motion for a certificate of appealability **[DE 18]**, both filed June 17, 2008.  On May 16, 2008, this Court adopted the report and recommendation of Magistrate Judge White, recommending that petitioner's writ of habeas corpus be dismissed.  Petitioner now wishes to appeal that dismissal to the Eleventh Circuit.

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2) (1999).  Issues should be approved for appeal if they are "adequate to deserve encouragement to proceed further" because "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (citing *Barefoot v. Estelle*, 463 U.S. 880, 893 and n.4 (1983)).  After a review of petitioner's present motion, Judge White's report and recommendation, and the record, this Court finds that petitioner has not presented a substantial showing of the denial of a constitutional right and that reasonable jurists could not disagree about the merits of petitioner's constitutional claims.  Accordingly, it is

hereby,

ORDERED and ADJUDGED that petitioner's notice of appeal **[DE 17]** and motion for a certificate of appealability **[DE 18]** are hereby **DENIED**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 26 day of June, 2008.

    /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of record
Deborah Rolle, *pro se*